JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SERGIO DIAZ, | No. CV 11-01590-DDP (VBK) |
| Plaintiff, | ORDER FOR SUMMARY DISMISSAL |
| v. | |
| L. A. COUNTY SHERIFF'S DEPT., | |
| Defendants. | |

Pro se prisoner Sergio Diaz (hereinafter referred to as "Plaintiff") filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 on March 11, 2011, pursuant to the Court's Order re Leave to File Action without Prepayment of Full Filing Fee.  Plaintiff named as Defendants Captain Victor Trujillo, Sheriff Leroy Baca, Mayor Antonio Villaraigosa, William T. Fujioka and Unknown Deputies, Sergeants, and Lieutenants in their individual capacities.

On April 15, 2011, the Court issued an Order re Dismissal with Leave to Amend.

On August 22, 2011, Plaintiff filed a "Motion to Amend Complaint Pursuant to Rule 15(c)(1)(b)(C)." The Court granted Plaintiff's request to dismiss certain Defendants and granted Plaintiff leave to

1  file a Second Amended Complaint.
2      On January 30, 2012, Plaintiff filed a Second Amended Complaint.
3      On September 24, 2012, Plaintiff filed a document requesting to
4  voluntarily dismiss this case.  Pursuant to Fed.R.Civ.P. 41(a)(1),
5  Plaintiff's Second Amended Complaint is hereby dismissed.
6      **IT IS THEREFORE ORDERED** that this Second Amended Complaint is
7  hereby dismissed without prejudice.

9  DATED:  02/26/2013
                                    ─────────────────────────────
                                    DEAN D. PREGERSON
10                                  UNITED STATES DISTRICT JUDGE

11 Presented on
   February 14, 2013 by:

         /s/
   ─────────────────────
14 VICTOR B. KENTON
   UNITED STATES MAGISTRATE JUDGE

2